Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 ✓ _____
JS-2/JS-3 _____
Scan Only _____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALCON ENTERPRISES, INC., ) <br> Plaintiff, ) <br> v. ) <br> PUBLISHERS SERVICE, INC., ) <br> Defendant. ) <br> _____ ) | No. CV 05-8304-GW (VBKx) <br><br> **JUDGMENT** |

For the reasons stated in the Statement of Decision filed on July 17, 2009, Judgment is awarded to Plaintiff Falcon Enterprises, Inc., and against Defendant Publishers Service, Inc., as to Plaintiff's first cause of action for breach of contract. Judgment is awarded to Defendant and against Plaintiff as to Plaintiff's claims for conversion and copyright infringement.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is awarded in favor of Plaintiff as to its breach of contract cause of action in the following amounts: 1) as to unpaid invoices - in the sum of $10,600, 2) as to photographs published without corresponding EP Orders or licensing fees paid - in the sum of $7,930, and 3) as to damages due to lost chromes - in the sum of $17,460. Hence, the total amount of the Judgment is $35,990, to be paid within thirty (30) days of entry of this Judgment.

-1-

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Judgment

2  is awarded in favor of Defendant and against Plaintiff as to the conversion and

3  copyright infringement claims.

4    Plaintiff is awarded costs upon submission and approval of its bill of costs.

5

6

7  DATED:  This *14th* day of August, 2009.

8

9                                            GEORGE H. WU
                                       United States District Court Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28